UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY W. CAUGHELL, o/b/o MICHELLE ROSE CAUGHELL (deceased),<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C17-155-JCC-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 13.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall:

(1) further evaluate the nature and severity of plaintiff's medically determinable impairments of hypothyroidism and urinary incontinence;

REPORT AND RECOMMENDATION
PAGE - 1

(2) further consider the opinions of Anselm A. Parlatore, M.D., and Ted Judd, Ph.D.;

(3) further consider plaintiff's subjective complaints;

(4) reassess plaintiff's residual functional capacity;

(5) if necessary, obtain supplemental vocational expert evidence;

(6) issue a new decision; and

(7) take any other actions necessary to develop the record.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation. The Clerk should note the matter for **August 1, 2017** as ready for Judge Coughenour's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 1st day of August, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge