THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADLEY CAUGHELL, o/b/o, MICHELLE CAUGHELL (deceased),<br><br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br><br>Defendant. | CASE NO. C17-0155-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for attorney fees, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 17). Plaintiff was the prevailing party on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 14, 15.) Accordingly, the Court GRANTS parties' motion. Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $4,446.76 and expenses of $29.72 for a total of $4,476.48. Plaintiff is also awarded $9.10 in costs under 28 U.S.C. § 1920.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, Robey Namba, P.S., based upon Plaintiff's assignment of these amounts to counsel.

Whether the check is made payable to Plaintiff or to counsel, the check shall be mailed to

1 | Robey Namba, P.S. at the following address: 1414 F Street, Bellingham, WA 98225.
2 | DATED this 18th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0155-JCC
PAGE - 2